# Exhibit A

⊜ **EFILED IN OFFICE**
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**22-SCCV-093745**
JBH
**JAN 03, 2022 11:33 AM**

Patricia M. Gravel, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

CORNELIA HORTON,

     Plaintiff,

v.

FAMILY DOLLAR STORES OF GEORGIA,
LLC, and JOHN DOES NOS. 1-10,

     Defendants.

Civil Action No. _____

## ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Cornelia Horton, by and through her undersigned attorneys of record, and hereby files this Complaint for Damages, respectfully showing the following:

1.

The Defendant Family Dollar Stores of Georgia, LLC (hereinafter "Family Dollar") is a foreign limited liability company that is licensed to conduct business in the State of Georgia and maintains a registered agent in Gwinnett County, Georgia, and is subject to the venue and jurisdiction of this Court, pursuant to O.C.G.A. § 14-2-510.

2.

The Defendant John Does Nos. 1-10, at all times relevant to this Complaint for Damages, was and is a manager, employee, and/or agent of the Defendant Family Dollar, subjecting him to the jurisdiction and venue of this Court as a joint tortfeasor.

3.

The Defendant Family Dollar owns and/or operates the retail store and premises located at 2035 Shurling Dr, Macon, GA 31211 (hereinafter "subject premises").

1

4.

On or about January 11, 2020, on the subject premises, the Plaintiff, as an invitee, slipped and fell due to a hazardous substance on the floor of the Defendant's Family Dollar as a result of the negligence of the Defendant Family Dollar and John Does Nos. 1-10.

5.

The Defendant John Does Nos. 1-10, a manager, employee, and/or agent of the Defendant Family Dollar, was negligent, as pled in ¶4, by failing to provide sufficient warning of the subject dangerous substance, by failing to inspect and discover the presence of the dangerous substance, by failing to remedy and/or remove the dangerous substance, and by failing to use ordinary care in preventing hazardous conditions that could result in a slip and/or fall.

6.

The Defendant Family Dollar, the owner and/or operator of the subject premises, was negligent, as pled in ¶4, by failing to provide sufficient warning of the subject dangerous substance, by failing to inspect and discover the presence of the dangerous substance, by failing to remedy and/or remove the dangerous substance, and by failing to use ordinary care in preventing hazardous conditions that could result in a slip and/or fall, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

7.

As a proximate and foreseeable result of the Defendants' negligence, the Plaintiff was seriously injured, incurring medical expenses in excess of $50,700.00, as well as lost wages in excess of $1.00.

8.

In addition to ¶7, the Plaintiff has endured and will continue to endure pain and suffering.

9.

The Plaintiff has a cause of action against the Defendant John Does Nos. 1-10 for negligence and all other applicable theories of liability.

10.

The Plaintiff has a cause of action against the Defendant Family Dollar for negligence, negligent hiring and retention of an unsafe employee(s), *respondeat superior*, and all other applicable theories of liability.

11.

The Plaintiff is entitled to recover from the Defendants for her past and future medical expenses, lost wages, past and future pain and suffering, and all other damages permitted by law.

WHEREFORE, Plaintiff prays that she have a judgment against the Defendants in an amount determined by a fair and impartial jury to be adequate and just.

*{Signature on Following Page}*

3

Respectfully submitted this the 3rd day of January 2022.

**/s/ David Dozier**
David Dozier
GA Bar No. 228898
*Attorney for Plaintiff*

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
P: (478) 742-8441
david@dozierlaw.com

**DEFENDANT SHALL BE SERVED AT THE FOLLOWING:**

**Family Dollar Stores of Georgia, LLC**
Registered Agent:
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

4

# STATE COURT OF BIBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>22-SCCV-093745</u>

Horton, Cornelia

---

**PLAINTIFF**

**VS.**

Family Dollar Stores of Georgia, LLC
John Does, 1-10

---

**DEFENDANTS**

## SUMMONS

TO: FAMILY DOLLAR STORES OF GEORGIA, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **David Dozier**
> **Dozier Law Firm**
> **327 Third Street**
> **Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 3rd day of January, 2022.**

Clerk of State Court

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

⬢ **EFILED IN OFFICE**
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

☐ **Superior or** ☑ **State Court of** _Bibb_____   **County**   **22-SCCV-093745**
JBH

**22-SCCV-093745**

**JAN 03, 2022 11:33 AM**

*[signature]*
Patricia M. Graves-Clerk of State Court
Bibb County, Georgia

| For Clerk Use Only | |
|---|---|
| **Date Filed** _01-03-2022_____ | **Case Number** _22-SCCV-093745_____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

Horton, Cornelia

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

Family Dollar Stores of Georgia, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

John Does, 1-10

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** _Dozier, David_____   **Bar Number** _228898____   **Self-Represented** ☐

### Check one case type and, if applicable, one sub-type in one box.

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contract**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☑ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**   **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

Sheriff Number: 22000472    Court Case Number: 22-SCCV-093745  BIBB STATE
Date Received: 1/7/2022 Time: 12:11 PM
Special Service Inst:

State of Georgia
Gwinnett County

**ATTORNEY'S ADDRESS**

DOZIER LAW FIRM LLC
327 3RD STREET
MACON, GA 31201

CORNELIA HORTON
PLAINTIFF
VS.
FAMILY DOLLAR STORES OF GEORGIA LLC
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

FAMILY DOLLAR STORES OF GEORGIA LLC
C/O C S C
2 SUN CT STE 400
PEACHTREE CORNERS, GA 30092

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐  Sex_____ Skin Color_____ Hair Color_____ Age_____ Hgt_____ Wgt_____
I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant_____ by leaving a copy of the action and
summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|-----|-----------|-----------|-----|-----|-----|
|     |           |           |     |     |     |

**CORPORATION** ☒
I have this day served the _Family Dollar Stores of Georgia LLC._ a corporation by leaving a copy of
the within action and summons with _Alisha Smith K.A_ in charge of the office and place of
doing business of said Corporation in this County.

**TACK AND MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the
defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found
in the jurisdiction of this Court.

**SPECIAL PROCESS  SUMMONS, COMPLAINT, INTERR, REQ PRODUCTION, ADMISSIONS**

**COMMENTS**

Subscribed and sworn be to before this

_____ day of _____, _____

_____

Notary public in and for said County and State

Date: 01-10-2022

Time:_____

_S.J. Collins 0500_

Deputy Sheriff

GWINNETT COUNTY GEORGIA