IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CORNELIA HORTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00046-MTT |
| | * |
| FAMILY DOLLAR STORES OF GEORGIA, LLC, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 30, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of January, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk